UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: JAYSON E. MATOS<br>　　　Debtor | : CHAPTER 13<br>:<br>: |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>　　　Movant | :<br>:<br>:<br>: |
| vs. | :<br>: |
| JAYSON E. MATOS<br>　　　Respondent | :<br>: CASE NO.　5-22-bk-00230 |

## OBJECTION TO DEBTOR'S EXEMPTIONS

AND NOW, this 14th day March, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the debtor's exemptions for the following reason(s):

1. Trustee objects to debtor's exemption of assets claimed under 11 U.S.C. § 522(b)(3).

WHEREFORE, Trustee requests Your Honorable Court to sustain Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA   17036
(717)566-6097

CERTIFICATE OF SERVICE

   AND NOW, this 16th day Marchn, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Patrick Best, Esquire
18 N. 8th Street
Stroudsburg, PA 18360

                /s/Deborah A. Behney
                Office of Jack N. Zaharopoulos
                Standing Chapter 13 Trustee