## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
## WILKES-BARRE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| JAYSON J MATOS, | ) | |
| | ) | |
| Debtor | ) | CASE NO.: 5:22-BK-00230-MJC |

## OBJECTION OF ALLY BANK
## TO CONFIRMATION OF PROPOSED PLAN

Ally Bank ("ALLY"), by and through its attorneys, Lavin, Cedrone, Graver, Boyd & DiSipio,

files **Objection to Confirmation of Debtor's Proposed Plan** and states:

1. On June 25, 2018, Debtor Jayson J Matos, entered into a Retail Installment Sales Contract in the principal amount of $27,663.99 (the "Contract") that referred and related to the purchase of a 2018 Jeep Compass Utility 4D Latitude 4WD 2, V.I.N. 3C4NJDBB0JT222826 (the "Motor Vehicle"). ALLY is the assignee of the Contract.

2. The interest rate under the Contract is 8.09% *per annum*.

3. To secure the Contract, Debtor granted a first lien on the Motor Vehicle in favor of ALLY.

4. On February 08, 2022, Debtor filed a Voluntary Petition under Chapter 13 of the United States Bankruptcy Code.

5. On February 08, 2022, Debtor filed a Proposed Plan (the "Plan").

6. The Chapter 13 Trustee has scheduled a 341(a) Meeting of Creditors for March 14, 2022.

7. As of February 08, 2022, the total principal balance of ALLY's claim was $16,750.59.

8. In the Plan, Debtor proposed to pay ALLY the sum of $9,500.00 at the rate of 4.000% *per annum* interest.

9. Debtor's proposed treatment fails to comply with the cramdown requirements for confirmation as in contained in 11 U.S.C. Section 1325(a)(5)(B)(i).

10. The fair market value for the Motor Vehicle is $22,750.00. **See attached Exhibit C.**

11. ALLY is entitled to a secured claim of $16,750.59 at 5.50% interest over the life of the plan.

12. A 4.000% interest rate is insufficient under *Till v. SCS Credit Corp.*, 541 U.S. 405 (2004).

13.     For the foregoing reasons, ALLY objects to confirmation of the Plan.

WHEREFORE **Ally Bank**, respectfully requests this Honorable Court to deny confirmation of the Plan.

Respectfully submitted,

Lavin, Cedrone, Graver, Boyd & DiSipio

BY: /s/ Regina Cohen
Regina Cohen
State Bar #57272
Suite 500 190 North Independence Mall West
6th & Race Streets
Philadelphia, PA 19106
(215) 351-7551
Attorney for Ally Bank

Dated: April 04, 2022